# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

December 29, 2010

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

**RECEIVED**

**DEC 3 0 2010**

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:    07-61634        Richard & Marie Fosmire

To Whom It May Concern:

Enclosed please find check #812102 in the amount of **$8,323.23**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.      7

Account#       40-11-0000-388339

Creditor       Bank of NY
               500 Mamaroneck Ave.
               Harrison, NY 10528

*received*
*12/30/10*
*(cc)*

**FILED**
**DEC 30 2010**
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

# 611001o6

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli